**Civil Cause for Oral Argument**
**Before Judge Nina Gershon**
**May 30, 2007 @ 3:00 pm**

Levy et al v. Verizon Information Services Inc.
06-CV-1583 (NG)(SMG)

Pasqualle et al v. Verizon Information Services, Inc. et al
06-CV-5056 (NG)(SMG)

**Court Reporter:** Shelly Silverman          **Case Manager:** Victor Joe

**Pasqualle et al v. Verizon Information Services, Inc. et al**
**06-CV-1583 (NG)(SMG)**

Cause: 42:1983 Civil Rights Act
Nature of Suit: 444 Civil Rights: Welfare

**Levy et al v. Verizon Information Services Inc.**
**06-CV-5056 (NG)(SMG)**

| | |
|---|---|
| **Pasqualle et al** | represented by  Jane Raisner |
| **Levy et al** | Jane Burke |

-v-

| | |
|---|---|
| **Verizon Information Services Inc.** | represented by  Allan Bloom |

**NOTES:** Case called. All parties present. Oral argument hearing held. The court's decision is reserved.

110 minutes