UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA LEVY, JOSEPH BAILEY, BONNIE PHILLIPS, VALERIE MACHEMER, JOHN KUPER, CHARLES ROSSI, JOSEPH PASQUALI, EVE WEGENER, EDWARD SMITH, and KIM COSSART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON INFORMATION SERVICES, INC., a division of VERIZON COMMUNICATIONS INC., VERIZON DIRECTORIES CORP., VERIZON ACCOUNTING AND INFORMATION SERVICES, INC., and VERIZON NEW YORK DIRECTORY SALES COMPANY,<br><br>Defendants. | 06-CV-1583 (NG)(SMG)<br>ECF CASE<br><br>SUGGESTION OF BANKRUPTCY |

   1. PLEASE TAKE NOTICE THAT on March 31, 2009 (the "Petition Date"), Defendant Idearc Information Services LLC (f/k/a Verizon Information Services, Inc., a division of Verizon Communications Inc.), Defendant Idearc Media LLC (f/k/a Verizon Directories Corp.), and Idearc Media Sales – East Co. (improperly named as Verizon Accounting and Information Services, Inc. and Verizon New York Directory Sales Company) (the "Debtors") have filed a voluntary petition for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), a case styled *In re Idearc Inc., et al.*, (Jointly Administered Case No. 09-13828), pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.  Attached as Exhibit A is copy of the Notice of Bankruptcy Case Filing for Idearc Information Services LLC and is fully incorporated herein by reference.  Attached as Exhibit B

is a copy of the Notice of Bankruptcy Case Filing for Idearc Media LLC and is fully incorporated herein by reference.  Attached as Exhibit C is a copy of the Notice of Bankruptcy Case Filing for Idearc Media Sales – East Co. and is fully incorporated herein by reference.

2. PLEASE TAKE NOTICE THAT Section 362(a) of the Bankruptcy Code provides in relevant part:

> (a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or an application filed under section 5(a)(3) of the Securities Investor Protection Act of 1970, operates as a stay, applicable to all entities, of –
>
> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;
>
> …
>
> (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;
>
> (4) any act to create, perfect, or enforce any lien against property of the estate;
> …
>
> (6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;
>
> ….

11 U.S.C. § 362.

3. PLEASE TAKE NOTICE THAT pursuant to Section 362 of the Bankruptcy Code, the above-captioned action against Idearc Information Services LLC (f/k/a Verizon Information Services, Inc., a division of Verizon Communications Inc.), Idearc Media LLC (f/k/a Verizon Directories Corp.), and Idearc Media Sales – East Co. (improperly named as Verizon

Accounting and Information Services, Inc. and Verizon New York Directory Sales Company), which is an action against the Debtors and or the property of the Debtors' estate, is automatically stayed.

DATED:	April 21, 2009	Respectfully submitted,
	New York, New York

/s/ Joseph J. Bernasky
Joseph J. Bernasky (JB-1420)
JONES DAY
222 East 41st Street
New York, NY 10017
jjbernasky@jonesday.com
212.326.3799

Michael J. Gray (MG-9200)
JONES DAY
77 West Wacker
Chicago, Illinois 60601-1692
mjgray@jonesday.com
312.782.3939

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2009, the foregoing SUGGESTION OF BANKRUPTCY has been served electronically upon the following parties:

OUTTEN & GOLDEN LLP
Adam T. Klein
Jack A. Raisner
Justin M. Swartz
Tarik F. Ajami
3 Park Avenue, 29th Floor
New York, New York 10016
212-245-10000

HINTON, ALFERT & SUMNER, P.C.
Aaron Kaufmann
1646 N. California Boulevard, Suite 600
Walnut Creek, CA 94596
925-932-6006

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
David Borgen
Morris J. Baller
Meetali Jain
Jessica M. Beckett-McWalter
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
510-763-9800

O'CONNELL & ARONOWITZ, P.C.
Stephen R. Coffey
54 State Street
Albany, NY 12207
518-462-5601

PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Allan S. Bloom
Andrew L. Gurman
Patrick W. Shea
Raymond W. Bertrand
Deborah E. Hryb
75 East 55th Street
New York, NY 10022
212-230-7826

/s/ Joseph J. Bernasky
Joseph J. Bernasky (JB-1420)
Jones Day
222 East 41st Street
New York, NY 10017-6702
jjbernasky@jonesday.com
(212) 326-3939

NYI-4173927v1