**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
Sabrina Levy et.al.

         -vs-

**Verizon Information Services, Inc.**
*a division of Verizon Communications Inc.*
------------------------------------------------------------x
GERSHON, U.S.D.J.

**ORDER**
06-cv-01583 (NG)(SMG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 2 6 2010 ★

BROOKLYN OFFICE

      Based on plaintiff's letter dated June 1, 2010, that the plaintiff's claims are being administered by the Bankruptcy Court, and having not filed a response to the court by June 14, 2010, as directed by Magistrate Judge Steven M. Gold, this case is dismissed.

      So Ordered.

_____
Nina Gershon, U.S.D.J.

Dated: July 21 , 2010
      Brooklyn, New York


cc:  David A. Borgen, Esq.
      Allan S. Bloom, Esq.